JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVID BIRCH, | ) Case No. CV 10-5616-CJC (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| JOHN C. MARSHALL, Warden, | ) |
| Respondent. | ) |

In accordance with the Order re Dismissal of Action,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 10, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1